1  Your Name: _Me Nina Phillips_

2  Address: _P.o. Box 99202_

3  _Emeryville, CA 94662_

4  Phone: _(510) 610-5737_

5  E-mail: _____

6  Pro Se Plaintiff

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  Division *[check one unless 1st complaint]*: ☒ San Francisco  ☒ Oakland  ☐ San Jose  ☐ Eureka

11

12  _Me Nina E Phillips_

13  _____

14  Plaintiff,

15  vs.

16  _Securitas Security_

17  _Services, USA, INC._

18  _Tesla Motors, INC._

19  _____

20  Defendant.

FILED

NOV 2 0 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: **C17- 6693 WHA**

**EMPLOYMENT DISCRIMINATION COMPLAINT**

DEMAND FOR JURY TRIAL *[check one]*

Yes ☒  No ☐

**PARTIES**

1. **Plaintiff.** *[Write your full name]*

_Melina Elizabeth Phillips_

2. **Defendant.** *[Write the Defendant's full name, address, and phone number. If your employer is a federal agency or department, list the title of the head of that agency or department.]*

Name: _Securitas Security Services, USA, Inc._

Address: _4330 Park Terrace Drive, Westlake, CA 91361_

Telephone: _____

**JURISDICTION**

3. My case belongs in federal court under federal question jurisdiction because it is based on *[check box for each law that applies]*:

☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 *[for claims of discrimination based on race, color, national origin, religion or sex]*

☑ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634

☐ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117

☐ Rehabilitation Act, 29 U.S.C. §§ 791 *et seq.* *[normally only for disability-related claims by federal employees]*

☐ Other: _____

**VENUE**

*The counties in this district are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☑ at least one defendant is located in this District and any other defendants are located in California.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 07/2017]*

1

**INTRADISTRICT ASSIGNMENT**

2

*First write in the county in which the events you are suing about happened, and then match it to the correct court division. This District has three divisions: (1) the San Francisco/Oakland*

3

*division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties; (2) the San Jose division covers Monterey, San Benito, Santa Clara, and Santa Cruz*

4

*counties; and (3) the Eureka division covers Del Norte, Humboldt, Lake, and Mendocino counties, if all parties consent to a magistrate judge.*

5

5.    Because this lawsuit arose in _____*Alameda*_____ County, it

6

should be assigned to the _____ Division of this Court.

7

**STATEMENT OF FACTS**

8

6.    During the relevant time period, I was employed or sought employment by Defendant

9

as *[job titles]* ___*Security (Flex) officer.*___

10

The job responsibilities included ___*Working, multiple, different*___

11

*sites, places, events, per day, per week, per*

12

*month. Foot patrol, internal buildings, stairs.*

13

*Foot patrol externally, an assigned property.*

14

*Observe, report, daily, operate security radio,*

15

*Customer service. Stand at post.*

16

7.    I filed charges with the Equal Employment Opportunity Commission (or the California

17

Department of Fair Employment and Housing) regarding Defendant's conduct on or about *[date]*

18

_____.

19

8.    The charge I filed made claims for the following types of conduct *[review the charge*

20

*you filed with the EEOC/DFEH and check only the same type of claims here]:*

21

☑ Racial or Color Discrimination or Harassment

22

☑ National Origin Discrimination or Harassment

23

☐ Religious Discrimination or Harassment

24

☑ Sex Discrimination or Harassment

25

☑ Age Discrimination

26

☐ Disability Discrimination or Harassment

27

☐ Disability Discrimination - Failure to Provide Reasonable Accommodation

28

☑ Retaliation for making or supporting a complaint of discrimination or harassment

COMPLAINT

PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 07/2017]*

- 5 -

1      _Race_____ **Claim for Relief**

2      **(Discrimination - Race, Color, Religion, Sex, or National Origin)**

3      *[You may submit a claim for discrimination if an employer took an adverse (negative)*
4      *employment action against you because of your race, color, religion, sex, or national origin and this*
       *claim was included in your EEOC complaint. This is not the same as harassment; separate*
5      *harassment/hostile work environment claim templates are on pages 14-15 and 16-17. Only include*
       *this claim if your race or color, religion, sex, or national origin was a motivating factor in your*
6      *employer's decision to take adverse action against you.]*

7      ✓. I was able to and did perform my job satisfactorily. *[Explain. For example, if you*
8      *received good performance reviews, state that here.]* _Ian Mc EWAN, Nanette_
9      _Scooby, and Gary, (Supervisor) on graveyard, at_
10     _Tesla Motors, 45500 Fremont BLVD, Fremont, CA 94538._

11     _____

12     ✓. I was subject to an adverse employment action by Defendant *[check box for each*
13     *applicable and complete]*:

14          ☐ termination on *[date]* _____

15          ☑ refusal to promote me to *[list new position]* _Posted at 901 El Camino_
16          _Real, Kaiser Permanente, San Bruno, CA_ on *[date]* _2/10/17_

17          ☑ demotion/significant change in responsibilities *[list new position/responsibilities]*
18          _sit, or stand at post, not a Permanent_
19          _Post. Can be moved at anytime._ on *[date]* _____

20          ☑ *[list other action]* _I was sent to branch Manager,_
21          _and H.R._ on *[date]* _2/17, and 3/17._

22     ✓. The sole reason or motivating factor for this action was my *[check box for each factor*
23     *that applies and explain; for instance, if you are alleging race discrimination, state your race]*:

24          ☑ race or color: _Black_____
25          ☐ religion: _I believe in Jesus Christ My savior, and God_
26          ☑ sex: _Female_                              _our Father Who Arts in_
27          ☑ national origin: _U.S. National born._        _heaven._

28

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

Race

*[Copy this page and insert it where you need additional space to explain what happened.]*

pg3. Race, the 7th line through 10th line. il was given all those compliments by these people, but il am not one chosen for promotions. I found myself forced to work swingshift, and il had to work graveyard shifts, if il wanted to keep my job, and hours. il was forced to work. 6 days to have over 30 hours work week. il feel this was due to my race, my ethnicity. il saw most Blacks working swing shift, and graveyard. il saw over 90% security staff working day shift, who are white, white hispanic, white caucasian. pg3. Race, the 7th line through 10th line continued il never saw a Black person work in Security control, whether they are Securitas employees, and or Tesla Motors employees. As hard as il worked, without the majority of my time working at this company/site, il was never asked, or promoted to work other departments, or posts. il was put at the front doors, forced to use computers, without my own sign in information. This made other workers very mad, and il get yelled at, and treated bad (in my opinion) because il constantly, need to request a sign in, on a computer, in which il'm posted at, in order for me to do my job. IAN MC EWEN, refused so

②

COMPLAINT

*[For each adverse employment action, explain how you know it was based on your race, color, religion, sex, or national origin, and any other facts that support your claim. For example, if the person who took the action made negative comments about your race, color, religion, sex, or national origin, describe those statements and when they occurred. If other employees in a similar job situation, but not of your race, color, religion, sex, or national origin were treated better than you, explain their situation, and how, when, and by whom they were treated better. Use more pages.]*

pg3. Continues often, to give me a sign that al thought IAN MC EWen, way prejudice, against me. And, yes, il felt he hated me because of my race. Il saw the staff on day-shift when il worked dayshift. There were no other Blacks but myself, until, il saw Kilani Rumsey, unit #79, a female who came to dayshift or that was my first time seeing her. Then, a worker name Pope (his last name) Unit #72. But, he was working swing shift. I not sure if he was ever on dayshift. There were no Blacks, but me, on dayshift, unless it was these Blacks il'm speaking of. Those Black were at same point working swing shift, too! There were 0 (zero) Blacks on day shift from what il witnessed, until il started talking about discriminations here at Tesla Motors, Fremant, And at other sites. Dayshift at Tesla Motors, main site, was all white, even if they had Hispanic, or Asians. Ian MC EWen deliberately removed me, il'm saying because il'm Black. Tesla Motors has all white staff, in Security Control. IF they have a Black, It's only one

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

(3)

Race

- 6 -

*[For each adverse employment action, explain how you know it was based on your race, color, religion, sex, or national origin, and any other facts that support your claim. For example, if the person who took the action made negative comments about your race, color, religion, sex, or national origin, describe those statements and when they occurred. If other employees in a similar job situation, but not of your race, color, religion, sex, or national origin were treated better than you, explain their situation, and how, when, and by whom they were treated better. Use more pages.]*

Pg3. Continues.

And, he is male. There are 0 (zero) Black Females. Which meant IAN MCEWEN, Nanette Sacoby, Gary (supervisor) on graveyard, was never trying to promote me. I was forced on swing shift, then I was forced to work graveyard shifts. IAN, Gary, Nanette, never paid me for most of my hours on graveyard, holding, over, and early-ins. I worked so many weeks, and hours. I am still due these wages. After I complained to IAN MCEWAN, Gary (supervisor) on graveyard, and Nanette Sacoby about this my hours changed dramatically, now I'm finding myself not working 40 hours, or more. I'm working far less, and more days, just to total as many hours as I can. IAN MCEWAN, slammed a thick packet of timesheets down on his desk, yelled at me, and said, "look what I have, do you think you're the first, and only one who needs their timesheets looked at!" I was so humiliated. Everyone who were there to witness this, just stared at me. Some rolled their eyes. I was really embarrassed!

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

*[For each adverse employment action, explain how you know it was based on your race, color, religion, sex, or national origin, and any other facts that support your claim. For example, if the person who took the action made negative comments about your race, color, religion, sex, or national origin, describe those statements and when they occurred. If other employees in a similar job situation, but not of your race, color, religion, sex, or national origin were treated better than you, explain their situation, and how, when, and by whom they were treated better. Use more pages.]*

Pg3. Continues.

IAN MC EWEN, got meaner, MAD, And, For the rest of my days at Tesla Motors Main site, il never was able to talk to IAN, ask him For help at any Kind, like when il was posted at "Foreign Trade Zone" (FTZ). I called using my phone, il radioed For Unit #29, his unit #. He was never around 99% of the time after all of this. He blamed me For things, il didn't do. Then he had the nerve to say "You Know Me Nna Yev've been getting a lot of complaints"? He would stop. He'd hang up in my Face, and if he was in person he drive straight off, almost running over my Feet, and hitting, my body. I was trembling, and scared to ever say anything again, I stopped complaining. I did try hard to hold on to this job, until il could Find another. It was not able to Find another job. This job nearly Killed me. Also, IAN MC EWEN, told me, I would do better on swing shift, AND Graveyard. Swing shift is extremely physical. Graveyard is not, but you do have to stay awake a lot of Blacks was working Graveyard. Was he assuming il was Lazy! because il'm not!

1    9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue

2  letter which was received by me on or about *[date]* _11/18/17_

3  I have attached that Notice to this Complaint. *[Attach a copy.]*

4  *[Describe your employment history with Defendant. You may want to include when you were hired,*
   *any promotions, demotions, or changes in your title or duties, whether and when you received*
5  *performance reviews, and what they said, and any changes in your pay, benefits, responsibilities, or*
   *work situation, if connected to what you are suing about.]*
6

7    10.  I was not told il was a "Flex officer"

8  when I was hired. il was suppose to work at

9  the branch, learning management work. I found

10  out later, I do not get benefits, as a "Flex

11  officer". I am also "At will", and contract worker.

12    11.  I worked many Post, jobs, relieving

13  Co-workers from duties. I early-in many

14  times. I have worked sites for a week, each

15  assignment, and so on, without getting paid,

16  and properly paid. I am denied so much wages

17    12.  I have been told il have over 30

18  complaints against me by securitas, and

19  Tesla workers. I have been denied all

20  requests to see these complaints. I have

21  been harassed, sexually, and job wise,

22    13.  by Co-workers, like from a female.

23  I have been called nigger by Tesla

24  employees, on 12/25/16. I believe they

25  sent 5 dogs to attack me 1-2 days

26  after 12/25/16. I've reported all of this.

*[Insert more pages as needed. Once the Fact section is complete, write your claims. PLEASE*
27  *REVIEW THE INSTRUCTIONS AT THE BEGINNING OF THIS PACKET. Each of the seven*
   *sections below sets out one type of federal employment claim. Not all claims will apply to your*
   *situation. Include in your complaint **only** the claims that you filed with the EEOC/DFEH.]*
28

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 07/2017]*

- 5 -

_____SOX_____ **Claim for Relief**

**(Discrimination - Race, Color, Religion, (Sex,) or National Origin)**

*[You may submit a claim for discrimination if an employer took an adverse (negative) employment action against you because of your race, color, religion, sex, or national origin and this claim was included in your EEOC complaint. This is not the same as harassment; separate harassment/hostile work environment claim templates are on pages 14-15 and 16-17. Only include this claim if your race or color, religion, sex, or national origin was a motivating factor in your employer's decision to take adverse action against you.]*

_✓_. I was able to and did perform my job satisfactorily. *[Explain. For example, if you received good performance reviews, state that here.]* I was hired as a Flex Officer, during my hire. I was lied to. I was Forced to work as a "Flex Officer. It's an "at will" job, and I'm contract worker.

_✓_. I was subject to an adverse employment action by Defendant *[check box for each applicable and complete]*:

☑ termination on *[date]* 12/31/16 From 45500 Fremont, Blvd

☑ refusal to promote me to *[list new position]* I'm posted in

_____ on *[date]* _____

☐ demotion/significant change in responsibilities *[list new position/responsibilities]*

_____

_____ on *[date]* _____

☐ *[list other action]* _____

_____ on *[date]* _____.

____. The sole reason or motivating factor for this action was my *[check box for each factor that applies and explain; for instance, if you are alleging race discrimination, state your race]*:

☐ race or color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

## sex discrimination

- 15 -

___✓___. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

___✓___. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

Pg ⑤ continues. Line 8 through 11 -
I found out from employees, that they made me Flex officer, so they won't have to pay me benefits. For doing the same work as a man, who is a Flex officer, I started out earning $15.00 an hour. Tesla security officers, who are Securitas security workers, got a $2.00 raise. The pay was so close to mine. I asked about this to my branch office, in San Jose. No one would talk to me, for a while. Men are/were paid, in 2016, when I started working for Securitas Security $20, $17, $18 an hour. There were men earning over $20, and they were working better posts, without nine education, like myself, or much security experience. Nanette pays men much more than me. And, I'm a Flex officer. I worked multiple sites, jobs. I foot patrolled. Men get nice uniforms. I still have not gotten proper replacement uniforms to fit me. Nanette, and others

COMPLAINT

PAGE ___ OF ___   *[JDC TEMPLATE – 7/17]*    Pg ⑤

Sex discrimination

✓. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

✓. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

Pg③ continues - Line 8 through 11. ignored me. I also, loss a lot of hours. IAN McEwen had no, or no much work for me, at the main site, and Nanette for weeks, and months was not answering my calls or keeping her appointments with me. This was earlier in 2016. When I tried to get help on my wages, clothing, and abuses il was going through. Nanette Sacohy kept promising me, she would talk to me. But il never did until il called her in December 25, 2016 and afterwards. I told her il had enough if she didn't call me back, il was suing. il said, "This is total discrimination against me, and il think you know all about these things." il said, "you better call me back soon, or il'm go to Court!"

The next complaint il have, is il believe il became a target at tesla Motors because I draw a lot of attention, from people

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

Pg⑤

Sex discrimination

__✓__. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

__✓__. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

When I'm at my posts, I recieve a lot of attention. Especially, and mostly by men. They stand and talk to me, on a daily basis. I believe I'm watched during those times.

A white Female Ulya Greenberg, had became too glued, or stuck on me. She's IAN MC Ewen Family Friend. She's a Native of Russia. I stop socializing with her. She became very "single white Female" towards me. I Found IAN and David Connelly, a Securitas supervisor, at Tesla Motors, main site, Fremont, CA. They were allowing this Female to have contact with me, by way of she relieving me from my posts, I relieve her, and somehow she always had my schedule. I always wondered why David Connelly, and IAN MC Ewen would never have me working with other employees, on a daily basis. It was always her / she was nasty, vulgard, and she kept

## sex discrimination

V. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

VI. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

Pg (5) telling me how her boyfriend doesn't care who she Fucks! she said "she met a man down the street from them and she had sex with him". She said, her boyfriend is empatent, and she has to always beg him for sex". She said, "so she has to get it the best way she can". Before all of this nasty talk by her. I was talking with 2 females in the break room (security) one day, Kialani Rumsey was laying her head down on the table. The women were angry. These are white females. The guys we work with, so many of them act like jack Asses! They are rude, cranky, and these women were saying (at least one) how they think a woman wants them feeling on her. this woman I spoke to later was promoted from Securitas security, to Tesla Motors security. She was angry when she talked

Pg (5)

Sex discrimination

✓. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

✓. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

to me, then, and after she was promoted. She calls the perverts, and jerks. And, how she's not trained to do much. She just walks around. I was talking to her and another lady, but she was married, this conversation was so needed, because the men get promoted, all the time, and women are usually not. I said yeh, and it worst when a person is Black, like me, they just locked. I said I'm qualified, with degrees I dare not say anything, they will hire a Black man before me, because I'm a woman. People were complaining that they were not getting their breaks, or were not getting paid all their money. They were saying, no one is training us, or properly helping us. I told them not all the men here are jerks, So I mentioned a man, who I found out later is named Josh Ortino,

⑮

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

Sex discrimination

- 15 -

✓. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

✓. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

to be a nice gentleman. No one knew him by recognition. Yulia Greenberg Greenberg walks in, and jumps in the conversation. She didn't know this man, at first. She went to meet the man. She and the man fell strongly attracted to each other, and or she said to me "he fell over heels, over me". This woman is wierd, to me. After this, every single day, that I am working, and she is working, she has been bothering, harassing me, abusing me with their new relationship. She talks about how he's sexually attracted to her, and how he can't wait to fuck her. Then she (whales), over how often, he text's her on her phone, even while she is at work, having sexual moments and she says, he text's me every 10, 15 minutes. Yulia say, they are now in love, but he doesn't want marriage. Yulia Greenberg, then said something that made me stop this constant "meeting" up

COMPLAINT

PAGE ___ OF ___   *[JDC TEMPLATE – 7/17]*

Sex discrimination

- 15 -

_✓_ This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

_✓_. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

With me, every single day she is on duty! she has to find me and harass me with this sexual conversation, I didn't want to have with her. I can't even stand Yulia Greenberg, and she uses me to brag about something that should have stayed with Josh Cutino and her! The last deal breaker for me, with was Yulia Greenberg said "Can you believe I was having sex with my boyfriend, Josh calls me during this time, listening, and he texts me while I text him back, saying he can't wait for his turn with her?" Yulia Greenberg, refuse to catch the hint. I do not want her around me, I even told her "stop telling me what you and Josh Cutino are doing each moment/day". She then says "well if it bothers you, I didn't know it would bother you." But she keeps at it. she never stop. she only increase her perverted behavior towards

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

1    ✓.    This conduct was unwelcome, and was sufficiently serious or happened often enough

2  to change the conditions of my employment and create an abusive or hostile work environment.

3    ✓.    A reasonable person in these circumstances would consider the working environment

4  to be abusive or hostile. I was harmed by this abusive or hostile working environment.

5        *[Describe the harassment, including what happened, when, how often, who was involved,*
6    *and how each person was involved. Make clear how you know the harassment was based on your*
        *race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

7  Pg5 continues. Line 8 through 11.
8  me. Yulia Greenberg Followed me
9  to each of my posts. On days she was
10  assigned to work these posts il worked.
11  She gets very mad yelling, telling IAN
12  McEWEN, the account Manager at
13  this site, to put her at these posts.
14  (She's naming my posts). This means she
15  would relieve me from my post, and or
16  il would relieve her from a post. I
17  rarely worked with other workers. il
18  was being taunted, il felt, and ex-
19  tremely uncomfortable. Yulia Greeberg
20  said, "IAN does anything she wants".
21  She told me, when she was hired, she
22  never went through what il and others
23  went through to get hired. She said
24  never took and tests orientation, or
25  anything. She only signed a paper dealing
26  with her pay. This is discrimination to
27  me. This woman could have a disease
28  and she wasn't tested For drug or nothing!

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – 7/17]*

# sex discrimination

- 15 -

✓. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

✓. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

Page 5 continues. Lines 3 through 11.
This is her behavior here a Tesla Motors.
She does what she wants, but never get in trouble for anything. IAN MCEwen doesn't Fire her, for abusing the rules. This caused me, a backlash. I was accused of getting to my posts late. which were not true. IAN MCEwen, David Connelly, who were Securitas employees, would accuse me, set me up, and abuse me along with Tesla Motors employees. I would get embarassed, humiliated being yelled at over the radio. I was called out of my name. I was repremanded over the radio. I Feel all these things happened and being called a nigger multiple times because I stopped being near, around, talking to Yulia Greenberg, who is IAN MCEwen's family member. I believe I was set-up to be attack 1 to 2 days after christmas 2016, by 5 dogs. on Tesla Motors property. another employee Lawerence Hogan was attacked, and bitten by 2 dogs.

Page(5)

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE - 7/17]

Sex discrimination

- 15 -

1   ___✓___. This conduct was unwelcome, and was sufficiently serious or happened often enough

2   to change the conditions of my employment and create an abusive or hostile work environment.

3   ___✓___. A reasonable person in these circumstances would consider the working environment

4   to be abusive or hostile. I was harmed by this abusive or hostile working environment.

5   *[Describe the harassment, including what happened, when, how often, who was involved,*
    *and how each person was involved. Make clear how you know the harassment was based on your*
6   *race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

7   Pg5 continues. 3 through 11.

8   I was working this post, but went

9   to use the restroom. Lawerence Hogan,

10  was not supposed to be at this spot,

11  or location. He yelled on the radio,

12  For help. Security Control workers, just

13  laughed. Then some said, "isn't 76

14  out there?" I didn't say anything.

15  Lawerence Hogan then said, "can't you guys

16  see what's happening out here, I'm

17  getting bitten by 2 dogs, and there's

18  5 dogs on this property?" "I'm bleeding

19  I need help. I got 2 dogs? I'll try

20  and hold them til I get help! This

21  was my post security control workers

22  has abused me, harassed me For

23  a long time, now on 12/25/16. I was

24  spoken to by radio, so indignant, and by

25  phone, I was called nigger and black

26  bitch multiple times. I cried that day

27  I called Nanette Sacoby, who was not

28  trying to meet up with me, for a long

    Pg5   time, now.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

Sex discrimination

- 20 -

*[Copy this page and insert it where you need additional space to explain what happened.]*

Pg 5, Continues. Lines 8 through 11

I September 2016 was waiting for my bank debit cards to arrive at my address. My credit cards/Bank cards were sent to my Branch Office, without my Knowledge, or permission. Bank of America representative, a Female, and then a male employee, said, a Nanette signed for my cards. Nanette Sacobi never ever told me this. I Found out even more. I Felt it was/am being Identity Theft. From August, September and into October 2016. Nanette Sacobi became "M I A" missing in action with me. IAN MC EWEN was scheduling me. I never knew why she was behaving like this. Now I, have to Face what is happening to me.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

Pg 6

- 18 -

_Retaliation_ **Claim for Relief**

**(Retaliation)**

*[You may submit this claim if you were retaliated against by your employer for complaining about discrimination on the basis of race, color, religion, sex, national origin, age or disability, or for participating in an investigation of discrimination, and this claim was included in your EEOC complaint. Retaliation means that you experienced an employment action that would discourage a reasonable worker from making or supporting a complaint of discrimination.]*

_____. I engaged in protected activity *[mark each applicable and complete]*:

On *[date]* __12/28/16__, I complained to *[name and title]* Nanette Jacoby, by phone.

about discrimination on the basis of: ☑ race or color; ☐ religion; ☑ sex;

☑ national origin; ☑ age; ☑ disability. my hat I wear.

On *[date]* __3/17__, I participated in an investigation or hearing by *[describe your participation]* Rose Bayles Human Resource Manager, Securitas.

The investigation or hearing related to discrimination on the basis of: ☑ race or color; ☑ religion; ☑ sex; ☑ national origin; ☑ age; ☑ disability. For wearing my hat.

☑. Because of this protected activity, I was subject to an adverse employment action and harmed by defendant *[check each box that applies and complete]*:

☑ termination on *[date]* __Pending/while pursuing__

☑ refusal to promote me to *[list new position]* __Flex Officer__ __5/14/16__ on *[date]* I should have been hired some where in management.

☑ demotion/significant change in responsibilities *[list new position/responsibilities]* I no longer work multiple jobs as of 8/16, 9/16, on *[date]* _____

☑ *[list other action]* I was removed from 901 page on *[date]* 1/6/17.

*[Insert pages to explain any other information that makes you think that the adverse employment action was taken to retaliate against you for making a complaint or participating in an investigation of discrimination.]*

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

retaliation

- 20 -

*[Copy this page and insert it where you need additional space to explain what happened.]*

Pg (18) continues. Lines 19.
My case Further.

Line 20, I should have been working in management. My interviewer Semy, told me this.

Line 19, I'm scared I will be Fired, and my hours are set at 34 hours a week. I work over time, only if someone takes off. These hours are not permanent. I have to work odd hours, and days to earn a living. I try not to complain about any thing.

Line 26, Nanette Saceby was getting ready to Fire me, For complaints made against me.

For all of my complaints, I was retaliated rather than helped. I was told by Rose Bayles, I did not work all these hours, and places. Securitas has denied all of my alligations.

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

_Harassment / Hostile_ **Claim for Relief**

**(Harassment/Hostile Work Environment Created by Plaintiff's Supervisor)**

*[You may submit this claim if you experienced harassment based on your race, color, religion, sex, national origin, disability, or age over 40, that harassment was serious enough to create a hostile work environment, and this claim was included in your EEOC complaint. Only submit this section if your supervisor harassed you. If a co-worker harassed you, submit the claim that follows this one.]*

✓. I was subjected to harassment by my supervisor, *[name and title]*

David Connelly, Supervisor. IAN MCEWEN,

who was empowered by the employer to take tangible employment actions *[such as firing,*

*promoting, changing responsibilities, and reassignment]* against me.

✓. This harassment happened because of my *[mark applicable and identify]*:

☑ race or color: I'M Black / dark, African looking.

☐ religion:_____

☑ sex: I'M a Female, and a Black Female

☐ national origin:_____

☑ age (at the time of harassment): Because I'M over 40

☑ disability *[(1) identify the physical or mental condition; and (2) explain how it*

*substantially limits one or more of your major life activities; for information*

*about what is considered a "major life activity," see federal regulation 29 C.F.R.*

*§1630.2(i)]*: Because, I had to For medical

reasons, wear a Cap, while

under doctors Care. I believe

IAN MC EWEN removed me From

this side, and put me where I

would not be out in Front, anymore.

_____

_____

_____

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

Harassment/Hostol werk environment                    - 20 -

[Copy this page and insert it where you need additional space to explain what happened.]

Pg. (14)  Il was punish, for asking
Questions, seeking help. I was
removed from job duties. I've
was limited where Il could work.
I was called out of my name
by Tesla Motors employees. I believe
after 12/25/16. People joined together
to have me attacked by 5 dogs, on
Tesla Motors property at 45500
Fremont BLVD. After Il was called
Nigger, and Nigger Bitch, Black
bitch. Il believe David Connelly,
IAN MC EWEN, and Tesla Motors
employees joined together to attack
me, For god!

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 7/17]          Pg (14)

- 7 -

_40 and over_ **Claim for Relief**

**(Age Discrimination)**

*[You may submit a claim for age discrimination if you experienced an adverse employment action because you were over 40 years old and this claim was included in your EEOC complaint. If you experienced harassment because of your age, but not an adverse employment action, do not use this template; use one of the Hostile Work Environment templates below.]*

_✓_. I was subject to an adverse employment action and harmed by Defendant *[check box for each that applies and complete]*:

☑ termination on *[date]* _1/6/17 at 901 Page. Fremont CA_

☑ refusal to promote me to *[list new position]* _901 Page Tesla INC_
_1/6/17 to 1/6/17_ on *[date]* _____

☑ demotion/significant change in responsibilities *[list new position/responsibilities]*
_I was put where things only got worst. I_
_sat all day. workers were mad at me,_ on *[date]* _1/1/17 to 1/6/17_

☑ *[list other action]* _out of no where I was told to_
_____ on *[date]* _____.

_✓_. At the time the action was taken, I was over forty years old.

____. Defendant took this action because of my age, that is, the Defendant would not have taken this action but for my age.

*[Explain why you believe the action was taken because of your age. For example, if a worker under 40 years old took over your responsibilities, or was treated differently than you in similar circumstances, explain that here. Statements about your age made by the person who decided to take the adverse employment action may also be relevant. Use more pages.]*

_First il was put at a post that has no_
_grawth for me. It's dormant. I'm stuck there._
_il feel Nanette Sacoby, IAN MCEWAN put me_
_some place to shut me up, and hide me. IAN_
_MC EWen works mostly with teens, and 20 year_
_old workers. I believe IAN MC Ewan removed me_
_from Tesla Main Plant, because as he said before_
_i. complain too much. Teens and People_
_in their 20°2, don't do that._

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

2/0 and over

- 6 -

*[For each adverse employment action, explain how you know it was based on your race, color, religion, sex, or national origin, and any other facts that support your claim. For example, if the person who took the action made negative comments about your race, color, religion, sex, or national origin, describe those statements and when they occurred. If other employees in a similar job situation, but not of your race, color, religion, sex, or national origin were treated better than you, explain their situation, and how, when, and by whom they were treated better. Use more pages.]*

#7 Continues. line 12 through 14. Starting from line 13. workers were mad at me. I've only been at "901 Page", For a Few days 1/1/17 through 1/6/17. workers told me to go to "FAV". I don't know what they even said to me. Then one worker, a male employee, said to me, "You got to go to "FaV" or "FAVB"(?) It was pitch dark outside. il never met, or spoken to a supervisor, about this. Then another worker came in, name Kwanza. he locked upset/mad, then he said, "you can't stay here. You have to go to "FAV" gate (?) You're being punished For not Coming to PASSDOWN" the supervisor said, you can't work here, so by" Kwanza, Never spoke to me, like that before. I worked at this site many times before. This was aweful, to me. il asked For the supervisor but he never came, or call me. I never met a supervisor, or the supervisor. Until a short shaved head, white male, came through my post, with a 6'4" big husky white man. il had to dig information out of him. like, are You the supervisor? and why did you not want to see me, or talk to me, by phone, or radio?

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

pg7

over 40
40 and over
- 6 -

*[For each adverse employment action, explain how you know it was based on your race, color, religion, sex, or national origin, and any other facts that support your claim. For example, if the person who took the action made negative comments about your race, color, religion, sex, or national origin, describe those statements and when they occurred. If other employees in a similar job situation, but not of your race, color, religion, sex, or national origin were treated better than you, explain their situation, and how, when, and by whom they were treated better. Use more pages.]*

pg4. Continues.

He just said, "yeh, what il was doing was have you work "FAvB" gate". il said, you want me to go out in the icy cold whether, get yelled at, a work out doors on a machine il never worked, and without training, and this is my punishment Kwanza, and the other staff told me, you said? He didn't answer me. I told him why would you even want me, a Female to go out at darkness, like night time, darkness, and work an area, il would need preferation For anyway? And, why did you reFuse to tell me yourself? Why did you tell Kwanza and others you were Punishing me? I said, to him, "I never met you beFore" and il did come to Passdown. I stood there with everybody who was there. they all told me the supervisor is late as usual, and plus there's no pass down". A Female said, to me, your post has an officer there. He waiting For you, so you just leave. He can't leave until you get there." il said, O.K. and il left. One of the workers, a non-black man, said "he was cold. that's Why he wanted to come inside. Kwanza, and the others said Something different. Each one!

COMPLAINT

PAGE ___ OF ___   *[JDC TEMPLATE – 7/17]*

40 and over

- 15 -

✓. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

✓. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

IAN MCEWEN, my account, and site Manager, at 45500 Fremont BLVD, Fremont, CA. Tesla Motors, has already complimented me, and passed this on to supervisors, and Nanette Jacoby, who was my scheduler, and now Branch Manager, of San Jose, Securitas Security Services, and still she will schedule me(?) I found it wierd, and hurtful that IAN MCEWEN was complaining about my work all of a sudden. And, told me I'm not cut out for this type of work. After all al've done. Now he complains about me, accusing me of sleeping on the job. I told IAN MCEWEN, As much as I am in the spot light and the hate coming from my co-workers even Tesla employees, you think I will come here and sleep? I said, IAN You have to do better than that. You'll never find me sleeping. I came to make money. I still haven't been paid for working holdovers, early-ins, and other work like graveyard. For weeks, months. I need to be paid IAN! he drove off, from (FTZ).

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*

*40 and over*

- *15 -*

☑. This conduct was unwelcome, and was sufficiently serious or happened often enough to change the conditions of my employment and create an abusive or hostile work environment.

☑. A reasonable person in these circumstances would consider the working environment to be abusive or hostile. I was harmed by this abusive or hostile working environment.

*[Describe the harassment, including what happened, when, how often, who was involved, and how each person was involved. Make clear how you know the harassment was based on your race, color, religion, sex, national origin, disability or age over 40. Insert more pages.]*

. Also, I told IAN MC EWEN, I Felt he and others were trying to remove me From here, Because, I'm a Black Female! middle age, who stands up For my rights. And, I spoke to Nanette about this Issues problems, she sent me to you. I come to you only to be attack. You also like her stopped answering my calls, and you put me at posts where usually it's always an issue, and you're not to be found. You don't help me, but I'm getting attacked daily by workers, every day. To get along with people I have to switch with them almost every day, or accommodate. I IAN, you have no Blacks on dayshift, and other Females think you hate middle age women. So, do I! You move blacks to graveyard, then Fire people For sleeping. I think even IF they weren't sleeping!

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – 7/17]*

 pg 7

1                                     **Demand for Relief**

2       Plaintiff respectfully requests the following relief:

3              1. Equitable relief *[such as reinstatement, back pay, or front pay]*

4              2. Compensatory damages *[such as for emotional distress and costs of finding new*

5                *employment]*

6              3. Costs and attorneys' fees as permitted by law

7              4. Any other relief the Court deems proper

8              ☑ *[list other relief]* Wage discrimination.

9                *[Note this list does not include punitive damages. In certain cases, punitive*
*damages may be awarded if the employer engaged in discrimination with*

10                *malice, oppression, or reckless indifference to your rights under federal law.*
*If this applies to your case, mark the box above, write in punitive damages,*

11                *and make sure that the pages in your Complaint include facts to show that*
*your employer acted with malice, oppression, or reckless indifference.]*

12

13                                   **Demand for Jury Trial**

14       Plaintiff demands a jury trial on all issues.

15

16                             Respectfully submitted,

17

18    Date: 11/20/17     Sign Name: *Melina Phillips*

19                         Print Name: *Melina E. Phillips*

20

21

22

23

24

25

26

27

28

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Menina E. Phillips**
**Po Box 99202**
**Emeryville, CA 94662**

From: **Oakland Local Office**
**1301Clay Street**
**Suite 1170 N**
**Oakland, CA 94612**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **555-2017-00752** | **Bryan G. Hoss,**<br>**Investigator** | **(510) 637-3240** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

— On behalf of the Commission

Enclosures(s)

**Elizabeth L. Lyons,**
**Acting Local Director**

08-18-17

*(Date Mailed)*

cc: **M. Yusuf M. Mohamed**
**Associate General Counsel**
**TESLA MOTORS, INC.**
**45500 Fremont Blvd.**
**Fremont, CA 94538**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**Demand for Relief**

Plaintiff respectfully requests the following relief:

1. Equitable relief *[such as reinstatement, back pay, or front pay]*

2. Compensatory damages *[such as for emotional distress and costs of finding new employment]*

3. Costs and attorneys' fees as permitted by law

4. Any other relief the Court deems proper

☑ *[list other relief]* wages discrimination

*[Note this list does not include punitive damages. In certain cases, punitive damages may be awarded if the employer engaged in discrimination with malice, oppression, or reckless indifference to your rights under federal law. If this applies to your case, mark the box above, write in punitive damages, and make sure that the pages in your Complaint include facts to show that your employer acted with malice, oppression, or reckless indifference.]*

**Demand for Jury Trial**

Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 11/20/17     Sign Name: _Mel Nina Phillips_

                   Print Name: _Melina E. Phillips_

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 7/17]*