IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ME NINA E. PHILLIPS,

     Plaintiffs,

    v.

SECURITAS SECURITY SERVICES
USA INC., and TESLA MOTORS INC.,

     Defendants.

                                /

No. C 17-06693 WHA

**ORDER FOLLOWING
OCTOBER 4 HEARING**

At the hearing on October 4, almost an hour was spent going over the problems in the way plaintiff tried to amend and serve her complaint. At the end of the hearing, the judge allowed plaintiff another try and gave specific guidance, which will not be repeated here. Defendants' motions to strike, dismiss, and provide a more definite statement are **DENIED AS MOOT**.

As a reminder, plaintiff must revise and properly file the single second amended complaint and summons by **OCTOBER 31 AT NOON**. A copy of the issued summons (*i.e.*, signed and sealed copies from the Clerk's office) and second amended complaint must be served together on defendants. Detailed information can be found in the *Pro Se* Handbook, which can be obtained in print at the Clerk's office or at www.cand.uscourts.gov/prosehandbook.

Plaintiff is also reminded that the single second amended complaint must comply with Rules 8 and 10 of the Federal Rules of Civil Procedure. In part, Rule 8 requires that each

1    allegation in the complaint be written as "a short and plain statement of the claim showing that

2    the pleader is entitled to relief," and "[e]ach allegation must be simple, concise, and direct."

3    To promote clarity, Rule 10 requires a party to "state its claims or defenses in numbered

4    paragraphs, each limited as far as practicable to a single set of circumstances."  The above is an

5    explanatory reminder only, *not exhaustive guidance*.  Plaintiff must refer to the Federal Rules of

6    Civil Procedure for the rules in their entirety.

7

8    **IT IS SO ORDERED.**

9

10    Dated:  October 9, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE