1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT
7
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| ME NINA E. PHILLIPS, | No. C 17-06693 WHA |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SECURITAS SECURITY SERVICES USA INC., and TESLA MOTORS INC., | |
| Defendants. | |

Pursuant to the accompanying order granting defendants' motion to dismiss for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Securitas Security Services USA Inc. and Tesla Motors Inc. and against plaintiff Me Nina E. Phillips. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 14, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE